

FILED
APR 14 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16CR00453-H |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| v. | Title 21 U.S.C., Sections 952 & 960 - Unlawful Importation of a Controlled Substances |
| SERGIO LINYUNTANG MENDOZA BOHON, | |
| Defendant. | |

The United States Attorney charges:

That on or about February 10, 2016, within the Southern District of California, defendant SERGIO LINYUNTANG MENDOZA BOHON did knowingly and intentionally import 1,183 tablets of Fentanyl (labeled as Oxycodone) and approximately 5.4 grams of powdered Fentanyl, both Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4-14-16.

LAURA E. DUFFY
United States Attorney

ORLANDO B. GUTIERREZ
Assistant U.S. Attorney

OBG:4/13/2016