# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 16CR0453-H |
| Sergio Linyuntang Mendoza Bohon | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information. FOR A VIOLATION OF 21 USC 952, 960 - IMPORTATION OF A CONTROLLED SUBSTANCE

Date: 04/13/2016

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Judge's signature*



FILED
APR 14 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY